FILED'08 JAN 24 1403USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Pamela Clemons,           )<br>                              )<br>         Plaintiff,        )<br>                              )<br>    v.                      )<br>                              )<br>Nike, Inc., et al          )<br>                              )<br>         Defendants.    )  | Civil No. 06-1209-KI<br><br>ORDER OF DISMISSAL |

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is dismissed without prejudice and without costs and with leave, upon good cause shown within 60 days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.

Dated this 24th day of January, 2008.

SHERYL M. MCCONNELL, CLERK
U.S. DISTRICT COURT,
DISTRICT OF OREGON

By: Mary Austad, Deputy Clerk

Page 1 - ORDER OF DISMISSAL